UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual, et al.,

Plaintiffs,

vs.    Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

Defendants.
_____/

ORDER

This cause is before the Court on Defendants' International Internet Technologies, LLC, Chase Burns and Kristin Burns Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading (Doc. No. 7; "Motion"), filed April 16, 2013, in which Defendants request an extension of time to file a response to the Complaint. Defendants International Internet Technologies, LLC, Chase Burns, and Kristin Burns represent that Plaintiffs do not oppose the relief requested. Motion at 2. Upon review of the Motion and the file, the Court finds good cause to grant an extension of time. Accordingly, it is

**ORDERED:**

1.    Defendants' International Internet Technologies, LLC, Chase Burns and Kristin Burns Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading (Doc. No. 7) is **GRANTED**.

2. Defendants International Internet Technologies, LLC, Chase Burns, and Kristin Burns shall have up to and including **May 22, 2013** to file a response to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on April 17, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record