## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSLEY, an individual, and
KATRINA PARKER, an individual,

        CASE NO. 3:13-cv-0322-HLA-JRK

    Plaintiffs,

v.

ALLIED VETERANS OF THE WORLD
AND AFFIALIATES, INC.;
ALLIED VETERANS MANAGEMENT
 GROUP, INC.; COASTAL GAMES, LLC;
 et al.

    Defendants.
_____/

### NOTICE OF APPEARANCE

    Amy S. Tingley, Esquire, and the law firm of STOVASH, CASE & TINGLEY, P.A., hereby enter this Notice of Appearance on behalf of Defendant, COASTAL GAMES, LLC, and respectfully request that copies of all pleadings and other papers hereafter filed in these proceedings be forwarded to the undersigned.

    Dated this 19th day of April, 2013.

        STOVASH, CASE & TINGLEY, P.A.

        By: */s/ Amy S. Tingley*
        Amy S. Tingley, Esquire
        Florida Bar No.: 068871
        atingley@sctlaw.com
        The VUE at Lake Eola
        220 North Rosalind Avenue
        Orlando, Florida 32801
        Telephone: (407) 316-0393
        Telecopier: (407) 316-8969
        Counsel for Defendant Coastal Games, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of April, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system with will send notice of electronic filing to all counsel of record.

                                                  */s/ Amy S. Tingley*
                                                  Amy S. Tingley, Esquire