**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LINDA STEPPS, an individual,
LIZA MOSLEY, an individual, and
KATRINA PARKER, an individual,

              CASE NO. 3:13-cv-0322-HLA-JRK

    Plaintiffs,

v.

ALLIED VETERANS OF THE WORLD
AND AFFIALIATES, INC.;
ALLIED VETERANS MANAGEMENT
GROUP, INC.; COASTAL GAMES, LLC;
et al.

    Defendants.
_____/

**DEFENDANT COASTAL GAMES, LLC'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**
**OR OTHER RESPONSIVE PLEADING**

    Defendant, COASTAL GAMES, LLC ("Coastal"), through undersigned counsel and pursuant to Rule 7(b), *Federal Rules of Civil Procedure*, and Rule 3.01, of the Local Rules for the Middle District of Florida, moves for an extension of time within which to file its answer or other responsive pleading. In support of its Motion, Coastal states as follows:

1.  On March 26, 2013, Plaintiffs filed a Class Action Complaint naming multiple parties as defendants and bringing both federal and state claims.

2.  On April 1, 2013, Coastal, through its registered agent, was served with a Summons and the Class Action Complaint.

3. Coastal's answer or other responsive pleading to the instant class action is currently due on April 22, 2013.

4. Coastal requests a 30-day extension of time within which to file its answer or other responsive pleading. Pursuant to Coastal's request, the answer or other responsive pleading would be due on or before May 22, 2013.

5. Pursuant to Rule 3.01(g), Local Rules for the Middle District of Florida, Coastal's undersigned counsel certifies that she has contacted counsel for Plaintiffs, Richard Latinburg regarding the relief requested herein. Mr. Latinburg does not oppose the requested extension.

WHEREFORE, Defendant, COASTAL GAMES, LLC, respectfully requests that the Court grant its Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading, issuing an Order allowing until May 22, 2013, for Coastal to file an answer or other responsive pleading.

DATED this 19th day of April, 2013 .

STOVASH, CASE & TINGLEY, P.A.

By: _/s/ Amy S. Tingley_____
Amy S. Tingley, Esquire
Florida Bar No.: 068871
atingley@sctlaw.com
Ana C. Françolin, Esquire
Florida Bar No.: 0023162
afrancolin@sctlaw.com
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 316-0393
Telecopier: (407) 316-8969
Counsel for Defendant Coastal Games, LLC

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of April, 2013, I electronically filed the foregoing Defendant Coastal Games, LLC's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading with the Clerk of the Court by using the CM/ECF system with will send notice of electronic filing to all counsel of record.

                                                     */s/ Amy S. Tingley*
                                                    Amy S. Tingley, Esquire