**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

        Plaintiffs,

vs.                                          Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

        Defendants.
_____/

## O R D E R

This cause is before the Court on Defendant Coastal Games, LLC's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading (Doc. No. 14; "Motion"), filed April 19, 2013, in which Defendant requests an extension of time to file a response to the Complaint. Defendant Coastal Games, LLC represents that Plaintiffs do not oppose the relief requested. Motion at 2. Upon review of the Motion and the file, the Court finds good cause to grant an extension of time. Accordingly, it is

**ORDERED**:

1.      Defendant Coastal Games, LLC's Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading (Doc. No. 14) is **GRANTED**.

2.      Defendant Coastal Games, LLC  shall have up to and including **May 22, 2013** to file a response to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on April 22, 2013.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record