UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSELEY, an individual, and
KATRINA PARKER, an individual,

  Plaintiffs,     CASE NO. 3:13-CV-0322-HLA-JRK

Vs.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al.,

  Defendants.

_____

LIMITED NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANTS DAVIS INTERNET MANAGEMENT CO., LLC;
MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT
GROUP, INC; DAVIS INTERNET MANAGEMENT COMPANY, LLC;
and MICHAEL DAVIS

Pursuant to Rule 2.03 of the Local Rules for the Middle District of Florida, the law firm of TURNER O'CONNOR KOZLOWSKI, P.L., enters a limited notice of appearance on behalf of Defendants DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, INC.; DAVIS INTERNET MANAGEMENT COMPANY, LLC; and MICHAEL DAVIS, for the sole purpose of requesting an extension of time within which to file an answers or other responsive pleadings in the above entitled action.

I HEREBY CERTIFY that on this __22__ day of April, 2013, I electronically filed the foregoing document with

{00127780.DOCX;1}

the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

RESPECTFULLY SUBMITTED this ~~22~~ day of April, 2013.

TURNER O'CONNOR KOZLOWSKI, P.L.

_____
LARRY GIBBS TURNER, Esq.
Florida Bar No. 125168
lgt@turnerlawpartners.com
PEGGY-ANNE O'CONNOR, Esq.
Florida Bar No. 170471
peg@turnerlawpartners.com
RONALD D. KOZLOWSKI, Esq.
Florida Bar No. 69432
ron@turnerlawpartners.com
204 W. University Avenue, Suite 7
Gainesville, FL 32601
(352) 372-4263
(352) 375-5365 (facsimile)
Counsel for DAVIS INTERNET
MANAGEMENT CO., LLC; MSG BUSINESS
CENTERS, INC.; ALLIED VETERANS
MANAGEMENT GROUP, INC.; DAVIS
INTERNET MANAGEMENT COMPANY, LLC;
and MICHAEL DAVIS