UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSELEY, an individual, and
KATRINA PARKER, an individual,

    Plaintiffs,          CASE NO. 3:13-CV-0322-HLA-JRK

Vs.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al.,

    Defendants.

_____

<u>UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING
BY DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS
CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, LLC; DAVIS
INTERNET MANAGEMENT COMPANY, LLC; and MICHAEL DAVIS</u>

The Defendants, DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, INC.; DAVIS INTERNET MANAGEMENT COMPANY, LLC; and MICHAEL DAVIS, by and through undersigned counsel, request an extension of time within which to file an answer or other responsive pleadings in the above-titled matter. Pursuant to Federal Rule of Civil Procedure 7(b) and Rule 3.01 of the Local Rules for the Middle District of Florida,

the following grounds are offered in support of the request:

1. On March 26, 2013, Plaintiffs filed a class-action complaint naming multiple parties as defendants and bringing both federal and state claims.

2. On April 1, 2013, Defendants DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, INC.; and DAVIS INTERNET MANAGEMENT COMPANY, LLC, through their registered agents, were served with a Summons and Class Action Complaint.

3. The answers or other responsive pleadings of Defendants DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, INC.; and DAVIS INTERNET MANAGEMENT COMPANY, LLC, are currently due on April 22, 2013.

4. On April 6, 2013, Defendant MICHAEL DAVIS was served with a Summons and the Class Action Complaint.

5. The answer or other responsive pleading of Defendant MICHAEL DAVIS is currently due on April 27, 2013.

6. Defendants DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, LLC; DAVIS INTERNET MANAGEMENT COMPANY, LLC; and

and MICHAEL DAVIS request a thirty (30) day extension of time within which to file their answers or other responsive pleadings, with the time for all of these defendants running from the date of service on the corporate entities. Pursuant to this request, the answer or other responsive pleading would be due on or before May 22, 2013.

7. Pursuant to Rule 3.01(g), Local Rules for the Middle District of Florida, undersigned counsel for Defendants DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, LLC; DAVIS INTERNET MANAGEMENT COMPANY, LLC; and MICHAEL DAVIS, certifies that he has contacted counsel for Plaintiffs, Richard Latinburg, regarding the relief requested herein. Mr. Latinburg does not oppose the requested extension.

WHEREFORE, Defendants, DAVIS INTERNET MANAGEMENT CO., LLC; MSG BUSINESS CENTERS, INC.; ALLIED VETERANS MANAGEMENT GROUP, INC.; DAVIS INTERNET MANAGEMENT COMPANY, LLC; and MICHAEL DAVIS, respectfully request that the Court grant their UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING,

issuing an order allowing until May 22, 2013, for counsel to file an answer or other responsive pleading.

I HEREBY CERTIFY that on this 22 day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

RESPECTFULLY SUBMITTED this 22 day of April, 2013.

TURNER O'CONNOR KOZLOWSKI, P.L.

_____
LARRY GIBBS TURNER, Esq.
Florida Bar No. 125168
*lgt@turnerlawpartners.com*
PEGGY-ANNE O'CONNOR, Esq.
Florida Bar No. 170471
*peg@turnerlawpartners.com*
RONALD D. KOZLOWSKI, Esq.
Florida Bar No. 69432
*ron@turnerlawpartners.com*
204 W. University Avenue, Suite 7
Gainesville, FL 32601
(352) 372-4263
(352) 375-5365 (facsimile)
Counsel for DAVIS INTERNET
MANAGEMENT CO., LLC; MSG BUSINESS
CENTERS, INC.; ALLIED VETERANS
MANAGEMENT GROUP, INC.; DAVIS
INTERNET MANAGEMENT COMPANY, LLC;
and MICHAEL DAVIS