IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-cv-322-J25-JRK

LINDA STEPPS, an individual, et al.,

      Plaintiffs,

v.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al. ;

      Defendants.
_____/

**DEFENDANTS' GAINESVILLE INTERNET SERVICES, LLC, GULF INTERNET SERVICES, LLC, LAKE CITY INTERNET SERVICES, LLC, AND LIVE OAK INTERNET SERVICES, LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01 of the United States District Court for the Middle District of Florida, Defendants Gainesville Internet Services, LLC., Gulf Internet Services, LLC, Lake City Internet Services, LLC, and Live Oak Internet Services, LLC (collectively, "**Defendants**"), hereby move for a 30 day enlargement of time within which to file a responsive pleading. In support of this Motion, Defendants state:

1. On March 26, 2013, Linda Stepps, Liza Mosley, and Katrina Parker (collectively "**Plaintiffs**") commenced this action.

2. On April 1, 2013, Defendants were served with Plaintiffs' Class Action Complaint (the "**Complaint**"). Pursuant to the Federal Rules of Civil Procedure, Rule 12(a)(1), Defendants' responsive pleading is due to be served on or before April 22, 2013.

**SQUIRE SANDERS (US) LLP**

3. Defendants require additional time to obtain legal representation in this action. Therefore, nothing contained herein shall constitute or be considered a general notice of appearance or as a waiver of any defense of any nature. Undersigned counsel's filing of this motion is solely for the purpose of obtaining an enlargement of time and, as stated, is not for the purpose of entering a general appearance. *See* Local Rule 2.03(a).

4. Defendants request an enlargement of time until May 23, 2013 to provide a responsive pleading to the Complaint.

5. This request is not being made for any improper purpose. Moreover, no party will be prejudiced by the granting of this Motion.

6. This Motion is unopposed. As required by Local Rule 3.01(g), the undersigned counsel has conferred with counsel for Plaintiffs, Richard Lantinberg, who has no objection to the requested enlargement of time.

## MEMORANDUM OF LAW

It is within this Court's sound discretion to grant Defendants' motion for an enlargement of time. *See* Fed.R.Civ.P. 6(b).

WHEREFORE, Defendants Gainesville Internet Services, LLC, Gulf Internet Services, LLC, Lake City Internet Services, LLC, and Live Oak Internet Services, LLC respectfully request that the Court exercise its discretion and grant an enlargement of time of up to and including May 23, 2013, within which Defendants may serve a responsive pleading to the Complaint.

Date:  April 22, 2013

**SQUIRE SANDERS (US) LLP**
201 N. Franklin Street, Suite 2100
Tampa, Florida 33602
Telephone:  (813) 202-1300
Facsimile:  (813) 202-1313

/s/ Jason Sampson
**Jason Sampson**
Florida Bar No. 022914
Email:  jason.sampson@squiresanders.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 22, 2013, on all counsel of record on the attached Service List in the manner specified.

*/s/ Jason Sampson*
Jason Sampson

**SERVICE LIST**
**Case No.: 3:13-cv-322-J25-JRK**

**VIA CM/ECF**

Norman Sherman Wilner
Richard J. Lantinberg
**THE WILNER FIRM, P.A**.
444 E. Duval Street, 2nd Floor
Jacksonville, FL  32202
Telephone:  (904) 446-9817
Facsimile:  (904) 446-9825
Email:  nwilner@wilnerfirm.com
Email:  rlantinberg@wilnerfirm.com
*Counsel for Plaintiffs*

Amy S. Tingley
**STOVASH, CASE & TINGLEY, P.A**.
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, FL  32801
Telephone:  (407) 316-0393
Facsimile:  (407) 316-8969
Email: atingley@sctlaw.com
*Counsel for Defendant Coastal Games, LLC*

Larry Gibbs Turner
Peggy-Anne O'Connor
Ronald D. Kozlowski
**TURNER O'CONNOR KOZLOWSKI, P.L.**
204 W. University Avenue, Suite 7
Gainesville, FL 32601
Telephone:  (352) 372-4263
Facsimile:  (352) 375-5365
Email: lgt@turnerlawpartners.com
Email: peg@turnerlawpartners.com
Emial: ron@turnerlawpartners.com
*Counsel for Defendants Davis Internet Management Co., LLC; MSG Business Centers, Inc.; Allied Veterans Management Group, Inc.; Davis Internet Management Company, LLC; and Mitchell Davis*

Robert Alan Leventhal
**ROBERT A. LEVENTHAL, P.A**.
220 N. Rosalind Avenue
Orlando, FL  32801
Telephone:  (407) 849-6161
Facsimile:  (407) 843-3838
Email:  bob@robertleventhal.com
*Counsel for Defendants International Internet Technologies, LLC, Chase Egan Burns, and Kristin Burns*

Thomas A. Sadaka
**NEJAME, LAFAY, JANCHA, AHMED, BARKER, JOSHI & MORENO, P.A.**
189 S. Orange Avenue, Suite 1800
Orlando, FL  32801
Telephone:  (407) 921-5500
Facsimile:  (866) 566-2153
Email: tom@nejamelaw.com
*Counsel for Defendants Intelitek, LLC, Infovice, Inc., Digitrac, Inc., Media Advice, Inc., and Infohub, Inc.*

J. Michael Lindell
**LINDELL & FARSON, P.A.**
12276 San Jose Blvd., Suite 126
Jacksonville, FL  32223
Telephone:  (904) 880-4000
Facsimile:  (904) 880-4013
Email: mlindell@lindellfarson.com
*Counsel for Defendant Kelly Mathis*

VIA U.S. MAIL

Charles Slidders
Janine L. Pollack
**MILBERG, LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229
*Counsel for Plaintiffs*

TAMPA/229624.2