UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSLEY, an individual, and
KATRINA PARKER, an individual,

                        Plaintiffs,                              CASE NO.:  3:13-cv-322-HLA-JRK

v.

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC.; ALLIED VETERANS
MANAGEMENT GROUP, INC.; BUSINESS
CENTER UNLIMITED, INC.; CAPITAL CITY
INTERNET CENTER, INC., et. al.

                        Defendants.

_____/

**DEFENDANTS BUSINESS CENTER UNLIMITED, INC. AND CAPITAL CITY
INTERNET CENTER, INC.'S UNOPPOSED MOTIONS FOR EXTENSION OF
TIME TO FILE ANY RESPONSE TO CLASS ACTION COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

        Defendants, Business Center Unlimited, Inc. ("BCUI") and Capital City Internet

Center, Inc. ("CCICI") (collectively "BCUI and CCICI Defendants"), move, unopposed, for

an extension of time within which to file any response the BCUI and CCICI Defendants may

have to the Class Action Complaint filed by Plaintiffs in this captioned action ("Motions").

In support, the BCUI and CCICI Defendants state:

        1.        On March 26, 2013, Plaintiffs filed a Class Action Complaint naming multiple

parties as defendants and bringing both federal and state claims. [Doc. 1.]

        2.        On April 1, 2013, Defendants BCUI and CCICI may be alleged to have been

served with a summons and the Class Action Complaint.

3.    The BCUI and CCICI Defendants hereby request a 30-day extension of time from the putative response date of April 22, 2013, that is, until and including May 22, 2013, within which to file any response to the Class Action Complaint.

4.    Pursuant to Rule 2.03(a), M. D. Fla. L. R., these Motions constitute only a limited appearance on behalf of the BCUI and CCICI Defendants, and not a general appearance.  Undersigned counsel's filing of these Motions is solely for the purpose of obtaining an enlargement of time and, as stated, is not for the purpose of entering a general appearance.

5.    Plaintiffs' attorney, Richard J. Lantinberg, has agreed that these Motions may be filed without waiver of any defenses by the BCUI and CCICI Defendants.  Therefore, these Motions are filed without waiver of any grounds whatsoever by which the BCUI and CCICI Defendants may challenge or respond to the Class Action Complaint filed by Plaintiffs, Linda Stepps, Liza Mosley, and Katrina Parker, including, but not limited to, issues regarding process, service of process, personal jurisdiction, subject matter jurisdiction, venue, forum non conveniens, or any right to arbitration or to compel arbitration.

6.    This request is not being made for any improper purpose.  Moreover, no party will be prejudiced by the granting of these Motions.  It is within this Court's sound discretion to grant these Motions.  See Rule 6(b), Fed. R. Civ. Proc.

<u>CERTIFICATE OF CONFERRAL</u>

7.    Pursuant to Rule 3.01(g), M.D. Fla. L.R., this certifies that Plaintiffs' attorney, Richard J. Lantinberg, has stated and confirmed in writing by email that there is no objection by the Plaintiffs to the relief requested herein.

WHEREFORE, Defendants Business Center Unlimited, Inc. and Capital City Internet Center, Inc. respectfully request that the Court enter an order or orders granting their respective Unopposed Motions for Extension of Time to File Any Response to the Class Action Complaint, and setting the response deadline for the BCUI and CCICI Defendants to and including May 22, 2013.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of hereof was filed electronically with the Clerk of the Court utilizing the CM/ECF system on April 22, 2013, which will send notice of this electronic filing **to the following counsel of record**:

Norwood S. Wilner
E-mail: nwilner@wilnerfirm.com
**Counsel for Plaintiffs**

Richard J. Lantinberg
E-mail: rlantinberg@wilnerfirm.com
**Counsel for Plaintiffs**

Robert A. Leventhal
E-mail: bob@robertleventhal.com
**Counsel for Defendants International Internet Technologies, LLC, Chase Egan Burns and Kristin Burns**

Amy S. Tingley
E-mail: atingley@sctlaw.com
**Counsel for Defendant Coastal Games, LLC**

Thomas A. Sadaka
E-mail: tom@nejamelaw.com
**Counsel for Defendants Digitrac, Infohub, Inc., Infovice, Inc., Intelitek, LLC, Media Advice, Inc.**

J. Michael Lindell
E-mail: mlindell@lindellfarson.com
**Counsel for Defendant Kelly Mathis**

Ronald D. Kozlowski
E-mail: ron@turnerlawpartners.com
**Counsel for Defendants Allied Veterans Management Group, Inc.; Davis Internet Management Co., LLC;Davis Internet Management Company, LLC;MSG Business Centers, Inc.; Michael Davis**

Michael Devon Lee
mlee@vbwr.com
**Counsel for Defendant B&M Leasing & Management, LLC**

Jason Sampson
E-mail: jason.sampson@squiresanders.com
**Counsel for Defendants Gainesville Internet Services, LLC; Gulf Internet Services, LLC; Lake City Internet Services, LLC; Live Oak Internet Services, LLC**

**and by U.S. Mail to the following counsel
of record:**

Janine L. Pollack
Charles Slidders
Milberg, LLP
49th Floor
One Pennsylvania Plaza
New York, NY 10119-0165
**Counsel for Plaintiffs**

                      **McCONNAUGHHAY, DUFFY, COONROD,
POPE & WEAVER, P.A.**

                      s/ Brian S. Duffy
                      Brian S. Duffy (Trial Counsel)
                      Florida Bar No.: 0180007
                      E-Mail: bduffy@mcconnaughhay.com
                      Charles J.F. Schreiber, Jr.
                      Florida Bar No.: 0843075
                      E-Mail: cjschreiber@mcconnaughhay.com
                      Matthew G. Hawk
                      Florida Bar No.: 0022606
                      E-Mail: mhawk@mcconnaughhay.com
                      P.O. Drawer 229 (32302-0229)
                      1709 Hermitage Blvd., Suite 200
                      Tallahassee, Florida 32308
                      Telephone: (850) 222-8121
                      Telefacsimile: (850) 222-4359
                      Attorneys for Defendants
                      Business Center Unlimited, Inc. and
                      Capital City Internet Center, Inc.