**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

        Plaintiffs,

vs.                              Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

        Defendants.
_____/

**O R D E R**

1. The Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading by Davis Internet Management Co., LLC; MSG Business Centers, Inc.; Allied Veterans Management Group, LLC; Davis Internet Management Company, LLC; and Michael Davis (Doc. No. 18), filed April 22, 2013, is **GRANTED**.  Defendants Davis Internet Management Co., LLC; MSG Business Centers, Inc.; Allied Veterans Management Group, LLC; Davis Internet Management Company, LLC; and Michael Davis shall have up to and including **May 22, 2013** to respond to the Complaint (Doc. No. 1).

2. Defendants Free Entry Clay County, LLC; B&M Leasing & Management, LLC; M&S Management Services, LLC; Seaside Internet, LLC; Seaside Internet-Marion, LLC; and Seaside Internet-Putnam, LLC's Consent Motion for Enlargement of Time to File Response to Complaint (Doc. No. 19), filed April 22, 2013, is **GRANTED**.  Defendants Free Entry Clay County, LLC; B&M Leasing & Management, LLC; M&S Management Services, LLC; Seaside Internet, LLC; Seaside Internet-Marion, LLC; and Seaside Internet-Putnam, LLC shall have up to and including **May 22, 2013** to respond to the Complaint (Doc. No. 1).

3. Defendants' Gainesville Internet Services, LLC, Gulf Internet Services, LLC, Lake City Internet Services, LLC, and Live Oak Internet Services, LLC's Unopposed Motion for Enlargement of Time to Respond to Complaint and Incorporated Memorandum of Law (Doc. No. 20), filed April 22, 2013, is **GRANTED**. Defendants Gainesville Internet Services, LLC, Gulf Internet Services, LLC, Lake City Internet Services, LLC, and Live Oak Internet Services, LLC shall have up to and including **May 23, 2013** to respond to the Complaint (Doc. No. 1).

4. Defendants Business Center Unlimited, Inc. and Capital City Internet Center, Inc.'s Unopposed Motions For Extension of Time to File Any Response to Class Action Complaint and Incorporated Memorandum of Law (Doc. No. 21), filed April 22, 2013, is **GRANTED**. Defendants Business Center Unlimited, Inc. and Capital City Internet Center, Inc. shall have up to and including **May 22, 2013** to respond to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on April 23, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record