**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:13-cv-322-J25-JRK**

LINDA STEPPS, an individual, et. al.,

Plaintiff,

v.

ALLIED VETERANS OF THE WORLD
AND AFFILATES, INC., et. al.,

Defendants.
_____/

**DEFENDANTS', MEDIA ADVICE, INC., INFOVICE, INC., INTELITEK, LLC, DIGITRAC, AND INFOHIB, INC.,**
**AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND**
**TO PLAINTIFF'S COMPLAINT**

Defendants', MEDIA ADVICE, INC., INFOVICE, INC., INTELITEK, LLC, DIGITRAC, AND INFOHIB, INC., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an enlargement of time to respond to Plaintiffs' Complaint. In support, Defendant states as follows:

1. Plaintiff served its Complaint [ECF No. 1] upon MEDIA ADVICE, INC., INFOVICE, INC., INTELITEK, LLC, DIGITRAC, AND INFOHIB, INC., ("DEFENDANTS'") on April 9, 2013 for allegedly "engaged in the illegal gambling operations".
2. In order to properly respond to Plaintiff's Complaint, DEFENDANTS', requires additional time to conduct due diligence into the numerous class action allegations.
3. Counsel for the DEFENDANTS', has communicated with counsel for the Plaintiffs' regarding the additional time to respond required by the DEFENDANTS'.
4. Plaintiff's counsel has agreed to a 30 day enlargement of time within which to serve its response to Plaintiff's Complaint.
5. Accordingly, DEFENDANTS' respectfully requests an enlargement of time within which to serve its response to Plaintiff's Complaint, through May 23, 2013.
6. This brief enlargement of time is predicated upon good cause shown and will not prejudice Plaintiff in any way.

# CERTIFICATE OF GOOD FAITH
# COMPLIANCE WITH LOCAL RULE 3.01(g) AND FEDERAL RULE OF
# CIVIL PROCEDURE RULE 34

Pursuant to Local Rule 3.01(g) undersigned counsel certifies that he has conferred with Plaintiff's counsel in the matter and Plaintiff's counsel has agreed to a 30 day extension of time to file responsive pleadings.

WHEREFORE, DEFENDANTS', respectfully requests that this Court enter an Order granting it an enlargement of time, up to and including May 23, 2013, within which to serve its response to Plaintiff's Complaint, together with such other relief as the Court deems just, equitable, and proper.

Dated: April 23, 2013

Respectfully submitted,

By: /s/ Thomas A. Sadaka
Thomas A. Sadaka
Fla. Bar No. 0915890
tom@nejamelaw.com
NeJame Law
NeJame, LaFay, Jancha, Ahmed
Barker, Joshi & Moreno, P.A.
189 S. Orange Avenue, Suite 1800
Orlando, FL 32801
Phone: 407-245-1232
Fax: 407-245-2980

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:/s/ Thomas A. Sadaka
Thomas A. Sadaka