**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

    Plaintiffs,

vs.                                          Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

    Defendants.
_____/

## O R D E R

This cause is before the Court on Defendants', Media Advice, Inc., Infovice, Inc., Intelitek, LLC, Digitrac, and Infohib, Inc., Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint (Doc. No. 23; "Motion"), filed April 23, 2013, in which Defendants Media Advice, Inc., Infovice, Inc., Intelitek, LLC, Digitrac, and Infohib, Inc. request an extension of time to file a response to the Complaint. Defendants represent that Plaintiffs do not oppose the relief requested. Motion at 1, 2. Upon review of the Motion and the file, the Court finds good cause to grant an extension of time.

Accordingly, it is

**ORDERED**:

1.    Defendants', Media Advice, Inc., Infovice, Inc., Intelitek, LLC, Digitrac, and Infohib, Inc., Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint (Doc. No. 23) is **GRANTED**.

2.  Defendants Media Advice, Inc., Infovice, Inc., Intelitek, LLC, Digitrac, and Infohib, Inc. shall have up to and including **May 23, 2013** to respond to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on April 24, 2013.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

Copies to:
Counsel of Record