UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, et. al,

    Plaintiffs,

v.                                              CASE NO.: 3:13-CV-322-25JRK

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et. Al

    Defendants.

## DEFENDANT KELLY MATHIS' MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AS TO CLASS ACTION ISSUES

Defendant, Kelly Mathis, moves this Court for leave to conduct expedited discovery relating to class action issues in this action, and in support of this motion alleges:

1. Rule 4.04 of the Local Rules of this Court contemplates plaintiffs' filing their motion for class certification within ninety (90) days following the filing of the original complaint.

2. Pursuant to rule 3.05 of the Local Rules of this Court, absent leave of court, a party may not seek discovery from any other party before the case management meeting.

3. Because of the numerous defendants in this action, it is possible, if not likely, that a motion for class certification may be filed before the parties have participated in a case management meeting and prepared the required case management report.

4. Rule 4.04(b) of the Local Rules of this Court specifically allows a party to seek leave of court to conduct discovery relating to class action issues before the case management meeting.

5. It is in the interest of the efficient administration of justice that discovery as to class action issues be immediately authorized so that the parties will be adequately prepared to address the propriety of class certification early in this case as contemplated by this Court's Local Rules. *Cf. Walewski v. Zenimax Media, Inc.*, 2012 U.S. App. LEXIS 26003 (11th Cir. Dec. 10, 2012) (plaintiff's failure to seek discovery as to class action issues before the hearing on class certification justified denial of late discovery).

6. The undersigned counsel certifies that he has conferred with plaintiffs' counsel and is authorized to represent that they oppose the relief sought herein.

WHEREFORE, Defendant Mathis respectfully requests this Court's entry of an order permitting all parties to conduct discovery before the attorneys' case management meeting, limited to class action issues.

## Memorandum of Law

Rules 3.05 and 4.04 of the Local Rules of this Court contemplate that upon application of any party, discovery may be permitted as to class action issues even before the parties have conducted the required case management meeting.

LINDELL & FARSON, P.A.

_____
J. MICHAEL LINDELL, ESQUIRE – Trial Counsel

Florida Bar No.: 0262226
12276 San Jose Boulevard, Suite 126
Jacksonville, FL  32223
(904) 880-4000
(904) 880-4013 (facsimile)
mlindell@lindellfarson.com
Attorneys for Defendant Mathis

## CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM-ECF participants:

_____
Attorney