UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **LINDA STEPPS**, an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **ALLIED VETERANS OF THE WORLD AND AFFILIATES, INC.**, et al, <br><br> Defendants. | Case No. 3:13-cv-322-J-25JRK |

## NOTICE OF SERVICE OF CASE MANAGEMENT REPORT

On April 4, 2013, the Court entered its Notice of Designation Under Local Rule 3.05 (the "Notice of Designation"), (Dkt. No. 4), which designated this action as a Track Three case and required Plaintiffs to serve a copy of the Notice of Designation and attached case management report on all other parties. Pursuant to the Notice of Designation, Plaintiffs have caused the Notice of Designation to be served on all parties, as follows:

| Party | Manner of Service | Recipient(s) |
|---|---|---|
| Allied Veterans of the World and Affiliates, Inc. | Email | Registered Agent: <br> Kelly Mathis, Esq. <br> Kmathis@mathislaw.net |
| Allied Veterans Management Group, Inc. | Email | Counsel: <br> Ronald D. Kozlowski <br> ron@larryturnerlaw.com <br><br> Curtis S. Fallgatter <br> cfallgatter@fallgatterlaw.com |
| MSG Business Centers, Inc. | Email | Counsel: <br> Ronald D. Kozlowski <br> ron@larryturnerlaw.com |
| Davis Internet Management Co., LLC | Email | Counsel: <br> Ronald D. Kozlowski <br> ron@larryturnerlaw.com |
| Davis Internet Management Company, LLC | Email | Counsel: <br> Ronald D. Kozlowski |

|  |  |  |
|---|---|---|
|  |  | ron@larryturnerlaw.com |
| Michael Davis | Email | Counsel:<br>Ronald D. Kozlowski<br>ron@larryturnerlaw.com |
| Johnny Duncan | Email | Counsel:<br>Curtis S. Fallgatter<br>cfallgatter@fallgatterlaw.com |
| Business Center Unlimited Inc. | Email | Counsel:<br>Brian S. Duffy<br>bduffy@mcconnaughhay.com |
| Capital City Internet Center, Inc. | Email | Counsel:<br>Brian S. Duffy<br>bduffy@mcconnaughhay.com |
| International Internet Technologies, LLC | Email | Counsel:<br>Robert A. Leventhal<br>bob@robertleventhal.com |
| Chase Egan Burns | Email | Counsel:<br>Robert A. Leventhal<br>bob@robertleventhal.com |
| Kristin Burns | Email | Counsel:<br>Robert A. Leventhal<br>bob@robertleventhal.com |
| Kelly Mathis, Esq. | Email | Counsel:<br>J. Michael Lindell<br>mlindell@lindellfarson.com |
| Intelitek, LLC | Email | Counsel:<br>Thomas A. Sadaka<br>tom@nejamelaw.com |
| Infovice, Inc. | Email | Counsel:<br>Thomas A. Sadaka<br>tom@nejamelaw.com |
| Digitrac, Inc. | Email | Counsel:<br>Thomas A. Sadaka<br>tom@nejamelaw.com |
| Media Advice, Inc. | Email | Counsel:<br>Thomas A. Sadaka<br>tom@nejamelaw.com |
| Infohub, Inc. | Email | Counsel:<br>Thomas A. Sadaka<br>tom@nejamelaw.com |
| Coastal Games LLC | Email | Counsel:<br>Amy S. Tingley<br>atingley@sctlaw.com |
| B&M Leasing & Management, LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com |

|  |  | Jason C. Hicks<br>JaHicks@wcsr.com |
|---|---|---|
| Free Entry Clay County, LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com<br><br>Jason C. Hicks<br>JaHicks@wcsr.com |
| M&S Management Services, LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com<br><br>Jason C. Hicks<br>JaHicks@wcsr.com |
| Seaside Internet LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com<br><br>Jason C. Hicks<br>JaHicks@wcsr.com |
| Seaside Internet-Marion LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com<br><br>Jason C. Hicks<br>JaHicks@wcsr.com |
| Seaside Internet-Putnam LLC | Email | Counsel:<br>Michael Devon Lee<br>Michael.lee@arlaw.com<br><br>Jason C. Hicks<br>JaHicks@wcsr.com |
| Live Oak Internet Services, LLC | Email | Counsel:<br>Jason Sampson<br>jason.sampson@squiresanders.com |
| Lake City Internet Services, LLC | Email | Counsel:<br>Jason Sampson<br>jason.sampson@squiresanders.com |
| Gainesville Internet Services, LLC | Email | Counsel:<br>Jason Sampson<br>jason.sampson@squiresanders.com |
| Gulf Internet Services, LLC | Email | Counsel:<br>Jason Sampson<br>jason.sampson@squiresanders.com |
| Horry Technologies, LLC | Email | Counsel: |

| | | Stephen Ross Johnson<br>Johnson@rddjlaw.com |
|---|---|---|
| Blue Waters Technologies, LLC | Email | <u>Counsel:</u><br>Stephen Ross Johnson<br>Johnson@rddjlaw.com |
| Coastal Games LLC | Email | <u>Counsel:</u><br>Stephen Ross Johnson<br>Johnson@rddjlaw.com |
| Grant Park, LLC | Email | <u>Counsel:</u><br>Stephen Ross Johnson<br>Johnson@rddjlaw.com |
| Business Center Unlimited, Inc. | Email | <u>Registered Agent:</u><br>Kelly Mathis, Esq.<br>Kmathis@mathislaw.net |
| Jac Sweeps, LLC | Email | <u>Registered Agent:</u><br>Kelly Mathis, Esq.<br>Kmathis@mathislaw.net |
| Megjon, LLC | Email | <u>Registered Agent:</u><br>Kelly Mathis, Esq.<br>Kmathis@mathislaw.net |
| Capital City Internet Center, Inc. | Email | <u>Registered Agent:</u><br>Kelly Mathis, Esq.<br>Kmathis@mathislaw.net |
| Bearcon Management, LLC | Email | <u>Registered Agent:</u><br>Kelly Mathis, Esq.<br>Kmathis@mathislaw.net |
| I-N-H Management Co. | First Class Mail | <u>Registered Agent:</u><br>All Florida Firm Inc.<br>813 Deltona Blvd Suite A<br>Deltona, FL 32725<br><br><u>Mailing Address:</u><br>809 Riviera Bella Dr.<br>Debary, FL 32713 |
| M&S Management Services, LLC | First Class Mail | <u>Registered Agent:</u><br>Mazen Salloum<br>3959 Spring Glen Rd.<br>Jacksonville, FL 32207 |
| Game Advice, Inc. | First Class Mail | <u>Registered Agent:</u><br>Aamir Waheed<br>2295 S. Hiawassee Rd<br>Suite 214<br>Orlando, FL 32835 |
| Ginlin LLC | First Class Mail | <u>Registered Agent:</u><br>Anthony Alascia<br>7269 Forest Oaks Blvd. |

|  |  | Spring Hill, FL 34606 |
| --- | --- | --- |
| B.B.S. Management Group, Inc. | First Class Mail | <u>Registered Agent:</u><br>Bennie Prince<br>108 Ellisar Drive<br>Debary, FL 32713 |
| Jerry Bass | First Class Mail | Jerry Bass<br>6718 Oakwood Dr.<br>Jacksonville, FL 32211-7648 |
| John M. Hessong | First Class Mail | John M. Hessong<br>241881 County Road 121<br>Hilliard, FL 32046-7411 |

Date:   April 25, 2013

/s/ *Janine Pollack*
Janine Pollack
Pollack@whafh.com
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4710
Fax: (212) 686-0114

Norwood S. Wilner (Fla. Bar No. 222194)
nwilner@wilnerfirm.com
Richard J. Lantinberg (Fla. Bar No. 956708)
rlantinberg@wilnerfirm.com
**THE WILNER FIRM**
444 East Duval Street, 2d Floor
Jacksonville, FL 32202
Tel: (904) 446-9817
Fax: (904) 446-9825

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Janine Pollack*
Janine Pollack