**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

        Plaintiffs,

vs.                                                Case No.  3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al.,

        Defendants.
_____/

# O R D E R

This cause is before the Court on the Motions of Robert A. Leventhal for Admission Pro Hac Vice of Ryan S. Wilson, Jack LeDrew Neville, Jr., and Melanie J. Jester (Doc. Nos. 10, 11, 12; "Motions"), filed April 18, 2013.  In the Motions, Ryan S. Wilson, Jack LeDrew Neville, Jr., and Melanie J. Jester seek permission to appear pro hac vice on behalf of Defendants International Internet Technologies, LLC, Chase Burns, and Kristin Burns, with Robert A. Leventhal as local counsel.  Motions at 1.  Upon review of the Motions and the file, the above-named attorneys have submitted the information and fee necessary to appear pro hac vice.  Accordingly, it is

**ORDERED:**

1.      The Motions of Robert A. Leventhal for Admission Pro Hac Vice of Ryan S. Wilson, Jack LeDrew Neville, Jr., and Melanie J. Jester (Doc. Nos. 10, 11, 12) are **GRANTED**.

2. Ryan S. Wilson, Jack LeDrew Neville, Jr., and Melanie J. Jester are permitted to appear pro hac vice in this matter on behalf of Defendants International Internet Technologies, LLC, Chase Burns, and Kristin Burns, with Robert A. Leventhal as local counsel.

3. The above-listed attorneys shall expeditiously ensure registration with the Court's electronic case filing (ECF) system.

**DONE AND ORDERED** at Jacksonville, Florida on April 25, 2013.

JAMES R. KLINDT
United States Magistrate Judge

jlk
Copies to:
Counsel of Record