IN THE DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSLEY, an individual, and
KATRINA PARKER, an individual,

    Plaintiffs,                              CASE NO.:  3:13-cu-322-25JRK

v.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC.;
ALLIED VETERANS MANAGEMENT
GROUP, INC., et al.

    Defendants.

## DEFENDANT ALLIED VETERANS MANAGEMENT GROUP, INC. NOTICE OF APPEARANCE

Undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Allied Veterans Management Group, Inc., for purposes of all proceedings before the United States District Court.  The undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and duly admitted to practice before this Court.

DATED at Jacksonville, Florida this 25th day of April, 2013.

                                              **FALLGATTER FARMAND
                                              & CATLIN, P.A.**

                                              _/s/ Curtis S. Fallgatter_____
                                              Curtis S. Fallgatter, Esq.
                                              Florida Bar No:  0213225
                                              200 East Forsyth Street
                                              Jacksonville, Florida 32202
                                              (904) 353-5800 Telephone
                                              (904) 353-5801 Facsimile
                                              fallgatterlaw@fallgatterlaw.com Email
                                              Attorneys for Defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 25th day of April, 2013, I electronically filed the foregoing Defendant Johnny Duncan's Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                    /s/ Curtis S. Fallgatter
                    ATTORNEY

47192