IN THE DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual,
LIZA MOSLEY, an individual, and
KATRINA PARKER, an individual,

      Plaintiffs,                                    CASE NO.: 3:13-cv-322-25JRK

v.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC.;
ALLIED VETERANS MANAGEMENT
GROUP, INC., et al.

      Defendants.

## DEFENDANT ALLIED VETERANS MANAGEMENT GROUP, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND/OR OTHER RESPONSIVE PLEADING

Defendant, Allied Veterans Management Group, Inc. ("AVMG"), by and through undersigned counsel, and pursuant to Rule 7(b), Federal Rules of Civil Procedure, and Rule 3.01, of the Local Rules for the Middle District of Florida, moves for an extension of time within which to file its answer and/or other responsive pleading, and in support thereof, states as follows:

    1.    On March 26, 2013, Plaintiffs filed a Class Action Complaint naming multiple parties as defendants.

    2.    AVMG was served with the Complaint on April 1, 2013, through its registered agent, Kelly Mathis, Esq.

    3.    AVMG, requests an extension of time within which to file its answer and/or other responsive pleading.

    4.    Pursuant to Rule 3.01(g), Local Rules for the Middle District of Florida, AVMG's

undersigned counsel certifies that he has contacted counsel for Plaintiffs, Richard Lantinburg, regarding the relief requested herein, and Mr. Lantinburg has permitted counsel to inform the Court he consents to the requested extension, to May 22, 2013.

WHEREFORE, Defendant Allied Veterans Management Group, Inc., respectfully requests that the Court grant its Consent Motion for Extension of Time to File Answer and/or Other Responsive Pleading, and issue an Order allowing AVMG until May 22, 2013 to file an answer and/or other responsive pleading.

Respectfully submitted,

**FALLGATTER FARMAND & CATLIN, P.A.**

  /s/ Curtis S. Fallgatter
Curtis S. Fallgatter, Esq.
Florida Bar No: 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2013, I electronically filed the foregoing Defendant Johnny Duncan's Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

  /s/ Curtis S. Fallgatter
ATTORNEY

47197