**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

        Plaintiffs,

vs.                                        Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

        Defendants.
_____/

# O R D E R

This cause is before the Court on Defendant Allied Veterans Management Group, Inc.'s Consent Motion for Extension of Time to File Answer and/or Other Responsive Pleading (Doc. No. 29; "Motion"), filed April 25, 2013, in which Defendant requests an extension of time to file a response to the Complaint. Defendant Allied Veterans Management Group, Inc. represents that Plaintiffs do not oppose the relief requested. Motion at 1-2. Upon review of the Motion and the file, the Court finds good cause to grant an extension of time. Accordingly, it is

**ORDERED**:

1.    Defendant Allied Veterans Management Group, Inc.'s Consent Motion for Extension of Time to File Answer and/or Other Responsive Pleading (Doc. No. 29) is **GRANTED**.

2.     Defendant Allied Veterans Management Group, Inc. shall have up to and including **May 22, 2013** to file a response to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on April 26, 2013.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record