IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual, et al.,

        CASE NO. 3:13-cv-322-J-25JRK

Plaintiffs,

v.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al.,

Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL OF RECORD FOR I-N-H MANAGEMENT CO. AND B.B.S. MANAGEMENT GROUP, INC.

COMES NOW Daniel N. Brodersen, Esquire of the BRODERSEN LAW FIRM and Zachary E. Stoumbos, Esquire of ZACHARY E. STOUMBOS, P.A. and hereby give their otice of appearance as co-counsel of record for Defendants, I-N-H MANAGEMENT CO. and B.B.S. MANAGEMENT GROUP. INC., in the above-styled action and respectfully request that copies of all pleadings, motions, notices, and any other papers filed in this action be served upon them at the below-listed email address and/or mailing address.

DATED this 1st day of May, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel N. Brodersen | /s/ Zachary E. Stoumbos |
| DANIEL N. BRODERSEN | ZACHARY E. STOUMBOS |
| The Brodersen Law Firm | Zachary E. Stoumbos, P.A. |
| 533 N. Magnolia Avenue | 529 N. Magnolia Avenue |
| Orlando, Florida 32801 | Orlando, Florida 32801 |
| Telephone: (407) 649-0007 | Telephone: (407) 649-4949 |
| Fax: (407) 649-0017 | Fax: (407) 649-0017 |
| Email: brodersend@gmail.com | Email: zstoumbos@msn.com |

1

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Delivery via the CM/ECF System on this 1st day of May, 2013 and was therefore provided by electronic means to Counsel of Record.

/s/ Daniel N. Brodersen<br>
Attorney