IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual, et al.,

                CASE NO. 3:13-cv-322-J-25JRK

Plaintiffs,

v.

ALLIED VETERANS OF THE WORLD
AND AFFILIATES, INC., et al.,

Defendants.
_____/

## I-N-H MANAGEMENT CO.'S AND B.B.S. MANAGEMENT GROUP, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, I-N-H MANAGEMENT CO. and B.B.S. MANAGEMENT GROUP, INC. ("INH and BBS"), hereby submit this Unopposed Motion for Extension of Time to Respond to Complaint and in support thereof state as follows:

1. On March 26, 2013, Plaintiffs filed a class action Complaint naming multiple parties as Defendants and bringing both federal and state claims.

2. Based on the purported service of process, a response to the Complaint is presently due from these Defendants. Both INH and BBS need additional time to respond to the Complaint.

3. From a review of the docket, it appears that the Court has allowed the other Defendants that have appeared in this action until May 22, 2013 to file a response to the Complaint.

1

4.       Accordingly, without waiving any defenses whatsoever that may properly be raised, INH and BBS respectfully request that the Court grant an extension of time through May 22, 2013 for them to respond to the Complaint.

5.       This motion is made in good faith and not for any improper purpose. No party will be prejudiced by the Court granting the relief sought herein.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Daniel N. Brodersen, one of the undersigned attorneys for INH and BBS, hereby certifies that he has conferred with Plaintiffs' counsel, Richard Lantinberg, in connection with the instant Motion and Mr. Lantinberg has indicated that the Plaintiffs do not oppose the granting of an extension of time through and including May 22, 2013 for INH and BBS to respond to the Complaint.

DATED this 1st day of May, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel N. Brodersen | /s/ Zachary E. Stoumbos |
| DANIEL N. BRODERSEN | ZACHARY E. STOUMBOS |
| The Brodersen Law Firm | Zachary E. Stoumbos, P.A. |
| 533 N. Magnolia Avenue | 529 N. Magnolia Avenue |
| Orlando, Florida 32801 | Orlando, Florida 32801 |
| Telephone: (407) 649-0007 | Telephone: (407) 649-4949 |
| Fax: (407) 649-0017 | Fax: (407) 649-0017 |
| Email: brodersend@gmail.com | Email: zstoumbos@msn.com |

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Delivery via the CM/ECF System on this 1st day of May, 2013 and was therefore provided by electronic means to Counsel of Record.

/s/ Daniel N. Brodersen
Attorney
