**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LINDA STEPPS, an individual, et al.,

        Plaintiffs,

vs.                                                Case No. 3:13-cv-322-J-25JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

        Defendants.
_____/

## **O R D E R**

This cause is before the Court on I-N-H Management Co.'s and B.B.S. Management Group, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (Doc. No. 32; "Motion"), filed May 1, 2013, in which Defendants request an extension of time to file a response to the Complaint. Defendants I-N-H Management Co. and B.B.S. Management Group, Inc. represent that Plaintiffs do not oppose the relief requested. Motion at 2. Upon review of the Motion and the file, the Court finds good cause to grant an extension of time. Accordingly, it is

    **ORDERED**:

    1.    I-N-H Management Co.'s and B.B.S. Management Group, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (Doc. No. 32) is **GRANTED**.

2.     Defendants I-N-H Management Co. and B.B.S. Management Group, Inc. shall have up to and including **May 22, 2013** to respond to the Complaint (Doc. No. 1).

**DONE AND ORDERED** at Jacksonville, Florida on May 3, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record