UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA STEPPS, an individual, et al.,

    Plaintiffs,

v.                                                  CASE NO.: 3:13-cv-322-HLA-JRK

ALLIED VETERANS OF THE WORLD AND
AFFILIATES, INC., et al.,

    Defendants.
_____/

## NOTICE OF LIMITED APPEARANCE AS ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that attorney Charles J. F. Schreiber, Jr. of the law firm of McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A., files this Notice of Limited Appearance as Additional Counsel of record, on behalf of Defendants Business Center Unlimited, Inc. and Capital City Internet Center, Inc. ("Notice"). Pursuant to Rule 2.03(a), M.D. Fla. L. R., this Notice is intended to constitute only a limited appearance, is without waiver of any defenses, and is not for the purpose of entering a general appearance. This Notice is without waiver of any grounds whatsoever by which Defendants Business Center Unlimited, Inc. and Capital City Internet Center, Inc. may challenge or respond to the Class Action Complaint, including, but not limited to, issues regarding service, jurisdiction, venue, forum non conveniens, or any right to arbitration or to compel arbitration. The undersigned respectfully requests that any and all papers, pleadings, and other matters in this case be directed to his attention.

McCONNAUGHHAY, DUFFY, COONROD,
POPE & WEAVER, P.A.

s/ Charles J.F. Schreiber
Brian S. Duffy (Trial Counsel)
Florida Bar No.: 0180007
E-Mail: bduffy@mcconnaughhay.com
Charles J.F. Schreiber, Jr.
Florida Bar No.: 0843075
E-Mail: cjschreiber@mcconnaughhay.com
Matthew G. Hawk
Florida Bar No.: 0022606
E-Mail: mhawk@mcconnaughhay.com
P.O. Drawer 229 (32302-0229)
1709 Hermitage Blvd., Suite 200
Tallahassee, Florida 32308
Telephone: (850) 222-8121
Telefacsimile: (850) 222-4359
Attorneys for Defendants
Business Center Unlimited, Inc. and Capital City Internet Center, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of hereof was filed electronically with the Clerk of the Court utilizing the CM/ECF system on May 3, 2013, which will send notice of this electronic filing to the **following counsel of record by e-mail**:

Norwood Sherman Wilner
Richard J. Latinberg
The Wilner Firm, PA
444 East Duval Street, 2nd Floor
Jacksonville, Florida 32202
nwilner@wilnerfirm.com
rlantinberg@wilnerfirm.com
Counsel for Katrina Parker, Linda Stepps, and Liza Mosley

Daniel Newton Broderson
The Broderson Law Firm
533 North Magnolia Avenue
Orlando, Florida 32801
brodersend@gmail.com
Counsel for B.B.S. Management Group, Inc. and I-N-H Managament Co.

Zachary Stoumbos
Zachary E. Stoumbos, P.A.
529 North Magnolia Avenue
Orlando, Florida 32801
zstoumbos@msn.com
Counsel for B.B.S. Management Group, Inc. and I-N-H Managament Co.

Curtis Scott Fallgatter
Fallgatter, Farmand & Catlin, P.A.
200 East Forsyth Street
Jacksonville, Florida 32202
fallgatterlaw@fallgatterlaw.com
Counsel for Allied Veterans Management Group, Inc.

Jason Sampson
Squire Sanders (US) LLP
Suite 2100
201 North Franklin Street
Tampa, Florida 33602
jason.sampson@squiresanders.com
Counsel for Gainesville Internet Services, LLC, Gulf Internet Services, LLC, Lake City Internet Services, LLC, and Live Oak Internet Services, LLC

Amy S. Tingley
Stovash, Case & Tingley, P.A.
220 North Rosalind Avenue
Orlando, Florida 32801
atingley@sctlaw.com
Counsel for Coastal Games, LLC

Larry Gibbs Turner
Peggy-Anne O'Conner
Ronald D. Kozlowski
Turner & Hodge, LLP
204 West University Avenue, Suite 7
Gainesville, Florida 32601
lgt@turnerlawpartners.com
peg@turnerlawpartners.com
ron@turnerlawpartners.com

Counsel for Allied Veterans Management Group, Inc., Davis Internet Management Co., LLC, Davis Internet Management Company, LLC, MSG Business Centers, Inc., and Michael Davis

Michael Devon Lee
Adams and Reese, LLP
501 Riverside Avenue, 7th Floor
Jacksonville, Florida 32202
michael.lee@arlaw.com
Counsel for B&M Leasing & Management, LLC

Robert Alan Leventhal
Robert A. Leventhal, P.A.
220 North Rosalind Avenue
Orlando, Florida 32801
bob@robertleventhal.com
Counsel for International Internet Technologies, LLC, Chase Egan Burns, and Kristin Burns

J. Michael Lindell
Lindell & Farson, PA
12276 San Jose Boulevard, Suite 126
Jacksonville, Florida 32223
mlindell@lindellfarson.com
Counsel for Kelly Mathis

Thomas A. Sadaka
Nejame, LaFay, Jancha, Ahmed, Barker, Joshi & Moreno, PA
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
tom@nejamelaw.com
Counsel for Digitrac, Inc., Infohub, Inc., Infovoice, Inc., Intelitek, LLC, and Media Advice, Inc.

**and by U.S. Mail and e-mail to the following counsel of record:**

| | |
|---|---|
| Charles Slidders<br>Milberg, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119<br>cslidders@milberg.com<br>Counsel for Katrina Parker, Linda Stepps,<br>and Liza Mosley | Janine L. Pollack<br>Wolf, Haldenstein, Adler, Freeman &<br>Herz, LLP<br>270 Madison Avenue<br>New York, New York 10016<br>pollack@whafh.com<br>Counsel for Katrina Parker, Linda Stepps,<br>and Liza Mosley |

s/ Charles J.F. Schreiber
Attorney for Defendants, Business Center Unlimited,
Inc., and Capital City Internet Center, Inc.

002015-40511CP135