UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LINDA STEPPS**, et al,

    Plaintiffs,

v.                                             Case No. 3:13-cv-322-J-25 JRK

**ALLIED VETERANS OF THE WORLD**
**AND AFFILIATES, INC.**, et al,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court on Defendant Kelly Mathis' Motion for Leave to Conduct Expedited Discovery (Dkt. 25). For the reasons stated in Plaintiffs' opposition, it is **ORDERED**:

Defendant Kelly Mathis' Motion for Leave to Conduct Expedited Discovery (Dkt. 25) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of May 2013.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*counsel of record*